United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERYL DIGGS,<br>        Plaintiff,<br>    v.<br>COUNTY OF MONTEREY, and others,<br>        Defendants. | Case Nos.  5:23-cv-05231 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), the parties are to respond within 14 days as to whether this case is related to plaintiff's new action 5:24-cv-06565 NC, *Cheryl Diggs v. Sergeant Gustus, and others.*

**IT IS SO ORDERED.**

Dated:  October 21, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 5:23-cv-05231 NC
SUA SPONTE JUDICIAL REFERRAL